```
                     UNITED STATES DISTRICT COURT

            CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION


ELIZABETH MAYEN,                      )
                                      )
            Plaintiff,                )   NO. CV 04-05949 (Mc)
                                      )
      v.                              )
                                      )   JUDGMENT
JO ANNE B. BARNHART,                  )
Commissioner of the Social            )
Security Administration,              )
                                      )
            Defendant.                )
_____)
```

    For the reasons set forth in the Memorandum of Decision and Order in a Social Security Case, judgment is entered in favor of the Commissioner and against the plaintiff.

Dated: December 19, 2005

                                                  /s/
                                      JAMES W. McMAHON
                                      United States Magistrate Judge